# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PHILIP JENSEN, | : | No. 86 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| SHERIFF MICHAEL CHURNER AND CLEARFIELD COUNTY PROTHONOTARY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2024, the "'King's Bench' Motion" is DENIED.